**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Ismaily Ojeda Nunez__    JOINT DEBTOR: __Elayne Pedrosa__ CASE NO.: _14 - 26376 LMI_
Last Four Digits of SS# ___5391___    Last Four Digits of SS# ___8360___

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _____60_____ months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $___150.00___ for months ___1___ to ___60___;
B. $_____ for months _____ to _____;
C. $_____ for months _____ to _____; in order to pay the following creditors:

Administrative:    Attorney's Fee - $3,500.00 + 150. Costs =$ 3,650.00 TOTAL PAID$___1,400.00___
Balance Due- $2,250.00 payable $ 125.00 /month (Months 1 to 18 )

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

| | | |
|---|---|---|
| 1. _____ | Arrearage on Petition Date $_____ | |
| Address:_____ | Regular Payment $____/month (Months ___ to ___) | |
| | Arrears Payment $____/month (Months ___ to ___) | |
| Account No: _____ | Arrears Payment $____/month (Months ___ to ___) | |

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.   A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | 0.00% | $0.00 | __1__ To __60__ | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____    Total Due $_____
Payable  $_____/month (Months_____ to _____)

Unsecured Creditors: Pay $ 10.00 month (Months 1 to 18 ), $ 135.00 month (Months 19 to 60 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:    Wells Fargo Mortgage (Mtg); Lago Grande HOA (HOA) and Lago Grande HOB (HOA) and Nissan Motor (2012 Nissan) are current and being paid outside the Chapter 13 Plan. Volkswagen Credit (2014 VW) lease to be assumed. HSBC Kawasaki (2012 Kawasaki) is being surrendered through the Chapter 13 Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | |
|---|---|
| _____/s_____ | _____/s_____ |
| Debtor | Joint Debtor |
| Date: ___07/19/2014___ | Date: ___07/19/2014___ |

LF-31 (rev. 01/08/10)